**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
         ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN ISLAS, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>MACY'S INC., DEPARTMENT STORES NATIONAL BANK, and FDS BANK,<br><br>Defendants. | Case No.  2:16-cv-00989-DSF-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. Judge Dale S. Fischer |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 16-CV-00989-DSF-RAO

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Agustin Islas hereby voluntarily dismisses all claims in this action without prejudice as to Defendants Macy's Inc., Department Stores National Bank, and FDS Bank.

Federal Rule of Civil Procedure 41(a)(1) provides in relevant part:

**(a) Voluntary Dismissal.**

 **(1) By** *the Plaintiff.*

  (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

   (i)  a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.  Therefore, this matter may be dismissed without prejudice and without an Order of the Court.

Dated:  March 7, 2016    Respectfully submitted,

            **BURSOR & FISHER, P.A.**

            By:   */s/ Annick M. Persinger*
              Annick M. Persinger

            Scott A. Bursor (State Bar No. 276006)
            L. Timothy Fisher (State Bar No. 191626)
            Annick M. Persinger (State Bar No. 272996)
            Yeremey O. Krivoshey (State Bar No.295032)
            1990 North California Blvd., Suite 940
            Walnut Creek, CA  94596
            Telephone: (925) 300-4455
            Email: scott@bursor.com
              ltfisher@bursor.com
              apersinger@bursor.com
              ykrivoshey@bursor.com

            *Attorneys for Plaintiff*